IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **RAYMOND DAY and** **RAYMOND DAY AND SONS** | **PLAINTIFF** |
| VS.               NO:4:08CV00175 | |
| **FARMERS MUTUAL HAIL** **INSURANCE COMPANY OF IOWA** | **DEFENDANT** |
| **ROUND LAKE PLANTING COMPANY** | **PLAINTIFF** |
| VS.               NO.  4:08CV3813 | |
| **FARMERS MUTUAL HAIL** **INSURANCE COMPANY** | **DEFENDANT** |
| **ROBERTSON BROTHERS** **FARMS, ET. AL.** | **PLAINTIFF** |
| VS.               NO.  4:08CV3812 | |
| **FARMERS MUTUAL HAIL** **INSURANCE COMPANY** | **DEFENDANT** |

**ORDER**

On December 15, 2008 the Court entered an order consolidating the above styled cases and transferring the lead case to the Pine Bluff division of this court.  For the reasons set forth in the Court's transfer order, docket # 32, the Clerk of the Court is directed to transfer the member cases to the Pine Bluff division.

IT IS SO ORDERED this 17th day of December, 2008.

James M. Moody
United States District Judge